Daily Medical Equipment Distribution Center, Inc., as Assignee of Ketelie Valein, Respondent, 
against
MVAIC, Appellant.



Appeal from an order of the Civil Court of the City of New York, Queens County (William A. Viscovich, J.), entered January 24, 2014. The order, insofar as appealed from and as limited by the brief, denied defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and defendant's cross motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved for summary judgment and defendant Motor Vehicle Accident Indemnification Corporation (sued herein as MVAIC) cross-moved for summary judgment dismissing the complaint. Insofar as is relevant to this appeal, the Civil Court denied defendant's cross motion and held that the sole issue for trial was whether there was an insurance policy pursuant to which first-party no-fault benefits were available on the vehicle in which plaintiff's assignor had been a passenger when the accident had occurred.
For the reasons stated in Daily Med. Equip. Distrib. Ctr., Inc., as Assignee of Simon Placide v MVAIC (___ Misc 3d ___, 2016 NY Slip Op _____ [appeal No. 2014-495 Q C], decided herewith), the order, insofar as appealed from, is reversed and defendant's cross motion for summary judgment dismissing the complaint is granted.
Pesce, P.J., Weston and Aliotta, JJ., concur.
Decision Date: January 06, 2017